**Order entered May 26, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01172-CV

## VETRI VENTURES, LLC, Appellant

## V.

## WESTRIDGE EAGLES NEST OWNERS ASSOCIATION, Appellee

### On Appeal from the 429th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 429-02865-2019

## ORDER

Before the Court is appellant's May 24, 2022 unopposed motion to abate the appeal pending the trial court's hearing to consider its request for amended findings of fact and conclusions of law which is set for hearing on June 29, 2022. *See* TEX. R. CIV. P. 298. We **GRANT** appellant's motion as follows.

We **ORDER** the trial court to file, **on or before July 11, 2022**, any amended findings of fact and conclusions of law.

We **ORDER** Collin County District Clerk Lynne Finley to file, **on or before July 15, 2022**, either a supplemental clerk's record containing the trial court's amended findings of fact and conclusions of law or written verification that the trial court did not make any amended findings of fact and conclusions of law.

We extend the time for appellant's brief on the merits to August 10.

We **DIRECT** the Clerk of this Court to send a copy of this order to The Honorable Jill Willis, Presiding Judge of the 429th Judicial District Court; Ms. Finley; and, all parties.

We **ABATE** the appeal to allow Judge Willis an opportunity to comply with this order. The appeal will be reinstated no later than July 20.

/s/     BONNIE LEE GOLDSTEIN
        JUSTICE